IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| LENORA GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-01337 (RDA/JFA) |
| | ) | |
| MICROBILT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 76. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Alexandria, Virginia
September 9, 2020

/s/
Rossie D. Alston, Jr.
United States District Judge